EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Ángel L. Morales Rodríguez | 2014 TSPR 78 <br><br> 191 DPR ____ |

Número del Caso: TS-7575

Fecha: 26 de junio de 2014

Abogada del Peticionario:

       Por derecho propio

Materia: Reinstalación al Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


In re:

Ángel L. Morales Rodríguez          TS-7575




RESOLUCIÓN


En San Juan, Puerto Rico, a 26 de junio de 2014.

Examinada la moción titulada *"Moción en Cumplimiento de Orden"*, se reinstala al Lcdo. Ángel L. Morales Rodríguez al ejercicio de la abogacía.

Se le ordena a la Secretaria del Tribunal Supremo que actualice su información personal en el Registro Único de Abogados.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.



Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo